### G. W. JENKINS v. STATE.
### No. 15025.

Court of Criminal Appeals of Texas.

Jan. 13, 1932.

J. A. Kibler, of Waco, for appellant.

**1116**

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, five years in the penitentiary.

We find in the record no bills of exception or statement of facts. The procedure appears to be regular.

No error appearing, the judgment will be affirmed.